PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE  Southern  DISTRICT OF TEXAS
 Houston  DIVISION

United States Courts
Southern District of Texas
FILED

SEP 10 2018

David J. Bradley, Clerk of Court

Clinton Laru Ards - 01088273
Plaintiff's Name and ID Number

701 N. San Jacinto, Hou Tx 77002
Place of Confinement

CASE NO:_____
(Clerk will assign the number)

v.

339th District Court - Judge Jackson
201 Caroline St 15th Floor Hou Tx 77002
Defendant's Name and Address

177th District Court - Judge Robert Johnson
201 Caroline St. 16 Floor Hou Tx 77002
Defendant's Name and Address

Kim K. Ogg - District Attorney
1201 Franklin Suite 600 Hou Tx 77002
Defendant's Name and Address
(DO NOT USE "ET AL.")

Kimberli Campbell - Region III Director
10110 Northwest Freeway Hou Tx 77092
The General Counsel Texas Dept. of Criminal Justice Ms. Cynthia Burton
8610 Shoal Creek Blvd. Austin, Tx 78757

## INSTRUCTIONS - READ CAREFULLY

NOTICE:

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00.**

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "...if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
   1. Approximate date of filing lawsuit: 3-29-18
   2. Parties to previous lawsuit:
      Plaintiff(s) Clinton Larn Ards
      Defendant(s) Leonardo Pedraya
   3. Court: (If federal, name the district; if state, name the county.) _____
   4. Cause number: 4:17-CV-2388
   5. Name of judge to whom case was assigned: Lyle W. Cayce
   6. Disposition: (Was the case dismissed, appealed, still pending?) Pending
   7. Approximate date of disposition: MAY 24, 2018

II. PLACE OF PRESENT CONFINEMENT: 701. N. San Jacinto Hou Tx 77002

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Clinton Laru Ards - 01088273 701 N. San Jacinto Houston Tx 77002

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: 339th District Court - Judge Jackson 201 Caroline St. 15th Floor Houston Tx 77002

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
CASE # 138184001010 Refuse to Release me from 4yr Sentence that's Over.

Defendant #2: 177th District Court - Robert Johnson 201 Caroline 16th Houston Tx 77002

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
I explain to the Judge that I was off parole in a Bond Hearing

Defendant #3: Kim K. Ogg - District Attorney 1201 Franklin Suite 600 Houston Tx 77002

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
I explain that I've been in Jail 2yrs off parole unable to make Bond!

Defendant #4: Kimberli Campbell - Director Texas Dept of Criminal Justice 10110 Northwest Freeway Houston Tx 77092

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
I explain in a letter that I've been off parole since 3-24-17 she Refuse to let me off of parole and give me a parole Hearing w/ lawyer

Defendant #5: Cynthia Burton - The General Counsel of the Texas Dept. of Criminal Justice - 8610 Shoal Creek Blvd, Austin Tx 78757

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Cynthia Burton stated that I get off parole 3-24-19 When in fact that's a false statement. I was sentence to 4yrs TDCJ # 138184001010 on 6/13/13 and I got off parole 3-24-17 Her statement of fact has held me in Jail without Bond

V. STATEMENT OF CLAIM:

I'm off parole been off parole for over a Year Now. I've been in Jail 3 for 2yrs without a Bond

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I've explain that Case #138184001010 in Court 339 Judge Jackson has been discharge as of 3-24-17. I have made this known to all parties in this case, But my Human Rights and my U.S. Constitutional Rights are being violated daily. I'm being held in Jail illegally by those stated in this case. I have been refused to a Hearing by the Judges DA. office and the Parole Board to present the facts that I'm off parole and to call witnesses on my behave to present documentation at these Hearing with my Lawyer C. Irving Attorney At Law. To show that my Rights are & Have been violated.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like a Hearing with the Judges & Parole Board to be Release off parole and Rewarde 100,000.00 for damages And Charge all parties involved under Federa Law

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
Clinton Larn Ards

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
01088273 - 659081 - 1864346 TDC #

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___YES ✓NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date sanctions were imposed: _____
   4. Have the sanctions been lifted or otherwise satisfied? ___YES ✓NO

4

   C. Has any court ever warned or notified you that sanctions could be imposed? \_\_\_\_YES ✓NO

   D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

      1. Court that issued warning (if federal, give the district and division): _____

      2. Case number: _____

      3. Approximate date warning was issued: _____

Executed on: 9-6-18
DATE

Clinton Larn Ards
Clinton L. Ards
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 9-6-18 day of Sept, 20 18.
(Day) (month) (year)

Clinton Larn Ards
Clinton L. Ards
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.